**Order entered April 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01110-CR

**DONALD WAYNE OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070234**

## ORDER

Before the Court is court reporter Paula Thomas's April 15, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due by May 17, 2021.

/s/     ERIN A. NOWELL
        JUSTICE